**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF MISSOURI**
**EASTERN DIVISION**

GREATER ST. LOUIS CONSTRUCTION   )
LABORERS WELFARE FUND, et al.,     )
                                  )
     Plaintiff(s),            )
                                  )
v.                              )  No. 4:06CV01444 ERW
                                  )
KSG ENTERPRISES, LLC,       )
                                  )
     Defendant(s).        )

## <u>ORDER OF DEFAULT HEARING</u>

This matter comes before the Court on Plaintiffs' Motion for Default Judgment [doc. #5] against Defendant KSG Enterprises, LLC. Entry of Default was issued by the Clerk of the Court on November 29, 2006. [doc. #8].

**IT IS HEREBY ORDERED** that Plaintiffs' counsel and Kumara S. Vadivelu or a legal representative for Defendant KSG Enterprises, LLC, shall appear before this Court for a Default Hearing on **December 21, 2006**, at **8:30 a.m.** This hearing will be held in Courtroom 12 South of the United States District Court in St. Louis, Missouri.

**IT IS FURTHER ORDERED** that a copy of this Order be sent by U.S. and Certified Mail to KSG Enterprises, LLC, Attn: Kumara S. Vadivelu, 106 Loghill Lane, Ballwin, MO 63011.

So Ordered this _30th_ day of _November_ 2006.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE